No. 610. UNITED STATES *v.* CALTEX (PHILIPPINES), INCORPORATED ET AL. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Leo T. Kissam* and *Henry J. Kiernan* for Caltex (Philippines), Inc., and *Albert R. Connelly* and *George S. Collins* for the Shell Company et al., respondents.

No. 306, Misc. EDELMAN *v.* CALIFORNIA. Superior Court of Los Angeles County, Appellate Department, California. Certiorari granted. *A. L. Wirin, Fred Okrand* and *Arthur Garfield Hays* for petitioner. *Ray L. Chesebro* and *Bourke Jones* for respondent.

No. 568. S. S. W., INCORPORATED ET AL. *v.* AIR TRANSPORT ASSOCIATION OF AMERICA ET AL.; and

No. 591. AIR TRANSPORT ASSOCIATION OF AMERICA ET AL. *v.* S. S. W., INCORPORATED ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Warren E. Miller* and *John F. Clagett* for petitioners in No. 568. *Howard C. Westwood* for petitioners in No. 591, *Ernest W. Jennes* for American Airlines, Inc., *Charles H. Murchison* for Capital Airlines, Inc., *Hardy K. Maclay* for Colonial Airlines, Inc., *C. Edward Leasure* for Northwest Airlines, Inc., *Leonard P. Moore, Charles Pickett* and *William Caverly* for Transcontinental & Western Air, Inc., and *Leo Tierney* and *James Francis Reilly* for United Air Lines, Inc., also petitioners in No. 591. *Jo V. Morgan, Jr.* for Braniff Airways, Inc., respondent. Reported below: 89 U. S. App. D. C. 273, 191 F. 2d 658.